**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | |
|---|---|
| AVON SLAY GRADY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CV409-103 |
| GEORGIA DEPT. OF CORRECTION, and PARDON AND PAROLE BOARD, | ) ) ) ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of Jan, 2010.

B. AVANT EDENFIELD, JUDGE,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA